UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 07-232 |
| v. | * | SECTION: "K" |
| TERRANCE HENDERSON | * | |
| | * | |

\* \* \*

**O R D E R**

Having considered the foregoing motion to unseal indictment;

**IT IS HEREBY ORDERED** that the Clerk of Court for the Eastern District of Louisiana unseal the indictment in the above-captioned matter.

New Orleans, Louisiana, this 28th day of June, 2007.

UNITED STATES MAGISTRATE JUDGE